AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)     ☐ Original   ☐ Duplicate Original

```
LODGED
CLERK, U.S. DISTRICT COURT
DEC 22, 2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___mp___ DEPUTY
```

# UNITED STATES DISTRICT COURT
for the
Central District of California

```
FILED
DEC 22, 2020
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY ___Nancy Boehme___
Deputy Clerk, U.S. District Court
```

United States of America

v.

Kyle Alan Casey,

Defendant(s)

Case No.  **8:20-mj-00914 DUTY**

## CRIMINAL COMPLAINT BY TELEPHONE
## OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 16, 2020, in the county of Orange in the Central District of California, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/
Complainant's signature

Brady Jones, Task Force Officer
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: December 22, 2020

**DOUGLAS F. McCORMICK**
*Judge's signature*

City and state: Santa Ana, California

Hon. Douglas F. McCormick, U.S. Magistrate Judge
*Printed name and title*

AUSA: Jake Nare (714-338-3549)

**AFFIDAVIT**

I, Brady Jones, being duly sworn, declare and state as follows:

## I. INTRODUCTION

1.  I am a Detective with the Fullerton Police Department ("FPD") and also a federally deputized Task Force Officer ("TFO") presently working with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF").  As a TFO with the ATF, I am an investigative or law enforcement officer of the United States within the meaning of 18 U.S.C. § 3051, and I am empowered by law to conduct investigations and make arrests for offenses against the United States.

2.  I am assigned to the ATF Orange County Violent Crimes Task Force ("OCVCTF").  The OCVCTF is composed of federal and local law enforcement agencies, including, but not limited to, the ATF, Brea Police Department, and FPD.  The OCVCTF is responsible for, among other things, investigating violations of federal law involving criminal street gangs, possession of firearms by prohibited persons, possession of stolen firearms, possession of machineguns, the illegal distribution of firearms and narcotics, burglaries, and violent crimes, to include robberies.  Prior to this assignment with the ATF, I was a Fullerton Police Officer and have been so employed for approximately four years.

3.  During my tenure as a police officer, as well as an ATF TFO, I have conducted and participated in numerous investigations of criminal activity, including, but not limited

1

to, the possession of firearms by prohibited persons, possession of stolen firearms, robberies, and homicides.  Since joining the OCVCTF in 2019, I have specialized in investigations of robberies, firearms violations, drug trafficking, and gang activity.  I have participated in the execution of numerous search and arrest warrants related to these investigations.

## II. **PURPOSE OF AFFIDAVIT**

4.    This affidavit is made in support of an arrest warrant and criminal complaint charging KYLE ALAN CASEY ("CASEY") with being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1).

5.    The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses.  This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrant and does not purport to set forth all of my knowledge of or investigation into this matter.  Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## III. **STATEMENT OF PROBABLE CAUSE**

6.    After reviewing the police report written by FPD Corporal Flynn regarding a case that occurred on December 16, 2020, I have learned the following facts:

### A.    **Report of a Commercial Burglary**

7.    At approximately 9:00 p.m. on December 16, 2020, FPD received a call for service regarding a commercial burglary that

had just occurred where a significant amount of furniture was stolen.

8.   A security guard reported to FPD that he observed the commercial burglary suspects transport stolen property to a separate location in Fullerton located at 645 South State College Boulevard, Fullerton, California.  FPD officers responded to 645 South State College Boulevard and located the stolen property inside a trailer.  The victim of the commercial burglary arrived at the scene and identified the stolen property.

9.   While FPD officers were on scene recovering and continuing to investigate the stolen property, a male standing outside an unrelated commercial building informed the officers that he observed a black Chevrolet Tahoe pull into the alleyway adjacent to them and that the vehicle appeared to be trying to hide from the police.

   **B.   Arrest of CASEY**

10.  Corporal Flynn and Corporal Melendez of the FPD walked over to where the Chevrolet Tahoe was parked, which was approximately 50 yards from where they located the stolen property.  Corporal Flynn observed that the Tahoe was the only occupied vehicle in the parking lot and that all of the businesses in the area were closed.  The Chevrolet Tahoe was equipped with a hitch capable of towing a trailer.  Based on the witness's statement, the proximity of the Chevrolet Tahoe to the stolen trailer, and the location of where the Chevrolet Tahoe

was parked, Corporal Flynn suspected that the vehicle's occupant may be involved in the burglary.

11. The officers approached the vehicle and observed that it was occupied by a single male occupant in the driver seat, who was later identified as KYLE ALAN CASEY. The officers also observed several vehicle code violations, including a large crack on the driver's side of the Chevrolet Tahoe's windshield and a dark tint material affixed to the driver's window of the vehicle in violation of California Vehicle Code Sections 26710 and 26708(a)(1).

12. Upon arriving at the vehicle, Corporal Flynn asked CASEY to roll down the window of the vehicle, and CASEY said no. Corporal Flynn asked CASEY if he could open the driver's door, and CASEY stared at Corporal Flynn with a confused look and told Corporal Flynn that he could crawl out of the back of the vehicle. CASEY subsequently started the vehicle, put the vehicle into drive, and inched the vehicle forward. Corporal Flynn told CASEY to turn off and exit the vehicle. Corporal Flynn then observed CASEY make suspicious furtive movements as he was sitting in the driver seat. Corporal Flynn again told CASEY to turn off the vehicle and exit. CASEY ultimately exited the vehicle by opening the driver's door.

13. CASEY was asked about the vehicle and told Corporal Flynn that the vehicle belonged to him. Corporal Flynn asked CASEY if he had anything illegal inside the vehicle, and CASEY said that he had drug paraphernalia (i.e., methamphetamine pipe) and that he had just smoked methamphetamine. CASEY also told

Corporal Flynn that there was a firearm underneath the driver seat of his vehicle.

14. Corporal Flynn asked CASEY if he could search his vehicle, and CASEY provided Flynn consent to search his vehicle. During a search of CASEY's vehicle, Flynn located a methamphetamine pipe and a Colt, Model Super .38 Automatic, .38 caliber pistol bearing serial number 124634 underneath the front driver seat. The firearm had one magazine inserted into it, but neither the firearm nor the magazine contained ammunition.

15. CASEY claimed that a friend had left the firearm inside his vehicle on the passenger seat, and that he had the firearm on his lap when he noticed the police officers approaching. CASEY said that he placed the firearm underneath the driver seat before exiting the vehicle.

16. A record check of the firearm indicated it was registered to a deceased male in Santa Maria, California.

17. A records check of CASEY indicated that he was on Formal Probation out of Riverside County for an assault with a deadly weapon conviction, in violation of California Penal Code § 245(a)(1). Furthermore, the records check also indicated that CASEY was a convicted felon and that there was a misdemeanor arrest warrant issued for CASEY by the Torrance Police Department.

    **C.    Interview of CASEY**

18. CASEY was placed under arrest for being in possession of drug paraphernalia, in violation of California Health & Safety Code § 11364(a), and for being a convicted felon in

5

possession of a firearm, in violation of California Penal Code § 29800(a)(1).

19. CASEY was later provided his Miranda warnings, and he agreed to speak with FPD. During the interview, CASEY stated that he had owned the Chevrolet Tahoe for approximately two years. CASEY admitted to knowing the firearm was inside his vehicle but claimed a friend of his left it behind in his vehicle. CASEY also said that he knew he was prohibited from possessing a firearm because he was a convicted felon.

**D. CASEY's Criminal History**

20. Based on my review of CASEY's criminal history, I learned that CASEY has the following prior felony convictions:

a. Possession of a controlled substance with the intent to sell, in violation of California Health and Safety Code § 11351, in California Superior Court, County of Riverside, Case Number SWF1102442, on or about October 17, 2011, for which he was sentenced to 36 months' probation and 6 months' jail; and

b. Assault with a deadly weapon, in violation of California Penal Code § 245(a)(1), in California Superior Court, County of Riverside, Case Number SWF2007064, on or about October 8, 2020, for which he was sentenced to 36 months' probation and 364 days' jail.

**E. Interstate Nexus**

21. On December 17, 2020, I forwarded information regarding the firearm recovered from CASEY to ATF Special Agent ("SA") Jeffrey Davis, an interstate nexus expert. SA Davis determined that the Colt, Model Super .38 Automatic, .38 caliber

pistol bearing serial number 124634, recovered from CASEY was manufactured by Colt in the State of Connecticut and that because the firearm was recovered in California, it must have moved in interstate commerce.

## IV. CONCLUSION

22. For all the reasons described above, there is probable cause to believe that CASEY has committed a violation of 18 U.S.C. § 922(g)(1) (felon in possession of a firearm).

/s/
_____
BRADY JONES
Task Force Officer
ATF

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this 22nd day of
December, 2020.

**DOUGLAS F. McCORMICK**
_____
HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE

7